

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

| | |
|---|---|
| Cause Number: | 01-13-00453-CV |
| Trial Court Cause Number: | 12-DCV-196050 |
| Style: | Iris Williams **v** Wells Fargo Home Mortgage, Inc. |
| Date motion filed*: | August 19, 2014 |
| Type of motion: | Motion for Extension of Time to File Appellant's Brief |
| Party filing motion: | Appellant |
| Document to be filed: | Appellant's Brief |

Is appeal accelerated? ☐ Yes   ☒ No

If motion to extend time:

| | |
|---|---|
| Original due date: | September 9, 2013 |
| Number of previous extensions granted: | 0 |
| Date Requested: | Unspecified |

Ordered that motion is:

☒ Granted

    If document is to be filed, document due: **October 20, 2014**

    ☒ The Court will not grant additional motions to extend time

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Appellant's brief was originally due on September 9, 2013. On August 19, 2014, after late brief notices were sent to appellant on March 26, 2014 and May 22, 2014, appellant filed a motion requesting an unspecified extension of time to file her appellant's brief. We grant appellant an extension of time to **October 20, 2014 with no further extensions**. This case will be dismissed for want of prosecution if appellant's brief is not filed by **October 20, 2014**.

Judge's signature: /s/ Jane Bland
    ☒ Acting individually   ☐ Acting for the Court


Date: September 23, 2014